■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS GARCIA, Appellant. [779 NYS2d 914]—Appeal by the defen-

dant from a judgment of the Supreme Court, Queens County (Rosenzweig, J.), rendered June 18, 2002, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to present legally sufficient evidence to prove that he caused serious physical injury to the victim is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray*, 86 NY2d 10 [1995]; *People v Udzinski*, 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The defendant caused serious physical injury (*see* Penal Law § 10.00 [9]; *People v Reilly*, 292 AD2d 399 [2002]; *People v Sacasa*, 214 AD2d 688 [1995]) with the requisite intent (*see People v Askerneese*, 93 NY2d 884 [1999]; *People v Dosunmu*, 267 AD2d 320 [1999]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Santucci, J.P., Schmidt, Townes and Rivera, JJ., concur.